IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARRISON S. JOHNSON,

    Plaintiff,                         No. CIV S-06-2120 LKK KJM P

    vs.

W.J. SULLIVAN, Warden, et al.,

    Defendants.                  <u>ORDER</u>

        /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2006, he asked that this action be dismissed. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: December 1, 2006.

                                        U.S. MAGISTRATE JUDGE

2/john2120.59